PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
2:14CR00548-001

**DOCKET NUMBER** *(Rec. Court)*
2:25-cr-00119-JAD-DJA-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Chad Eugene Devaughn | UTAH | CENTRAL |

☑ FILED  ☐ RECEIVED
☐ ENTERED  ☐ SERVED ON
APR 29 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi  DEPUTY

**NAME OF SENTENCING JUDGE**
Ted Stewart, Senior U.S. District Judge

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM 02/18/2025
TO 02/17/2030

**OFFENSE**
Count 1: Possession of Methamphetamine with Intent to Distribute; Count 2: Possession of a Firearm in Furtherance of a Drug Trafficking Crime

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
District of Nevada is requesting transfer of jurisdiction to accommodate them when the Mr. Devaughn violates in the future. Mr. Devaughn lives with his family and has no plans to return to Utah.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF UTAH

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the NEVADA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

4/29/2025
*Date*

*United States District Judge*

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/1/2025
*Effective Date*

*United States District Judge*

1