# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00119-JAD-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| CHAD EUGENE DEVAUGHN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, September 23, 2025 at 10:30 a.m., be vacated and continued to October 27, 2025, at the hour of 11:00 a.m.; or to a time and date convenient to the court.

DATED this 19th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE

3